UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor, | : **COMPLAINT** |
| | : |
| Plaintiff, | : Civil Action No. |
| v. | |
| | : 19-cv- |
| DEPENDABLE CARE LLC d/b/a HOPETON CARE; FARRAH RUBANI, Individually; and YITZI DAVIDOWITZ, Individually, | : |
| | : |
| Defendants. | |

-----------------------------------------------------------------

Plaintiff, R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor (the "Secretary"), by and through undersigned counsel, brings this action under Section 17 of the Fair Labor Standards Act of 1938, as amended (29 U.S.C. § 201, *et seq*.) (the "Act" or the "FLSA"), alleging that defendants violated Sections 7, 11(c), 15(a)(2), and 15(a)(5) of the Act, to recover back wages, liquidated damages, and enjoin acts and practices that violate the provisions of the FLSA, and to obtain other appropriate relief.

Defendants, who have operated a home care agency in Brooklyn, New York, violated the FLSA by failing to pay their domestic service employees proper overtime wages for hours worked over 40 per week. Instead of proper overtime pay for hours worked over 40 per week, defendants consistently paid employees in one of three unlawful ways. First, defendants paid employees who worked 24-hour shifts a fixed daily rate for each 24-hour shift, without regard to actual hours worked and without paying overtime premiums for hours worked in excess of 40 per week. Second, when many employees who only worked shifts of fewer than 24 hours worked in excess of 40 hours per week, defendants paid regular hourly rates for all hours worked or improper overtime rates that were less than one-and-one-half times the employees' regular hourly rates.

1

Third, in compensating employees who worked both 24-hour shifts and shifts of fewer than 24 hours in a single workweek, defendants combined the two unlawful pay practices described above and further failed to aggregate all hours worked to determine proper overtime rates and proper compensation due when these employees worked more than 40 hours per week.

In addition, defendants failed to keep accurate and proper records of employees' work hours and pay, including by failing to maintain time and pay records for all employees' actual hours worked and wages paid.

## JURISDICTION AND VENUE

1.      Jurisdiction over this action is properly conferred upon this Court by Section 17 of the FLSA, 29 U.S.C. § 217, and 28 U.S.C. §§ 1331 and 1345.

2.      Venue is proper in the United States District Court for the Eastern District of New York because a substantial part of the events and/or omissions giving rise to the claims herein occurred in this District.

## FACTUAL ALLEGATIONS

### The Parties

3.      Plaintiff R. Alexander Acosta, Secretary of Labor, United States Department of Labor, is vested with authority to file suit to restrain violations of the FLSA and recover back wages and liquidated damages and is the proper plaintiff for this action.

4.      Defendant DEPENDABLE CARE LLC d/b/a HOPETON CARE ("Hopeton Care") is a New York domestic limited liability company, having its principle place of business at 1122 Coney Island Avenue, Suite 205, Brooklyn, New York 11230, within the jurisdiction of this Court.

5.      Defendant Hopeton Care has been a home care agency providing services to Medicaid and Medicare beneficiaries, enrollees in commercial insurance programs and private pay clients (all "consumers" of services).

6.      The services Hopeton Care has provided to consumers include home health aide, personal aide and nursing services, including but not limited to taking vital signs measurements, administering medications, toileting, preparing food, and mobility assistance, among other services.

7.      Defendant Hopeton Care has regulated the employment of all persons employed by it since at least November 13, 2015, acted directly and indirectly in the company's interest in relation to the employees, and thus is an employer of the employees within the meaning of Section 3(d) of the Act.

8.      Defendant FARRAH RUBANI ("Rubani") was the Chief Executive Officer of defendant Hopeton Care between at least November 13, 2015 and November 10, 2017 (the "relevant time period").

9.      Defendant Rubani was in active control and management of defendant Hopeton Care during the relevant time period.

10.      Upon information and belief, defendant Rubani regulated the employment of all persons employed by her during the relevant time period.

11.      Upon information and belief, defendant Rubani had authority to hire employees at defendant Hopeton Care during the relevant time period.

12.      Upon information and belief, defendant Rubani did hire employees at defendant Hopeton Care during the relevant time period.

13.     Upon information and belief, defendant Rubani had the authority to fire employees at defendant Hopeton Care during the relevant time period.

14.     Upon information and belief, defendant Rubani did fire employees at defendant Hopeton Care during the relevant time period.

15.     Upon information and belief, defendant Rubani had the authority to supervise employees at defendant Hopeton Care during the relevant time period.

16.     Upon information and belief, defendant Rubani did supervise employees at defendant Hopeton Care during the relevant time period.

17.     Upon information and belief, defendant Rubani had the authority to control employees' hours of work at defendant Hopeton Care during the relevant time period.

18.     Upon information and belief, defendant Rubani did control employees' hours of work at defendant Hopeton Care during the relevant time period.

19.     Upon information and belief, defendant Rubani had the authority to determine employees' compensation at defendant Hopeton Care during the relevant time period.

20.     Upon information and belief, defendant Rubani did determine employees' compensation at defendant Hopeton Care during the relevant time period.

21.     Upon information and belief, defendant Rubani acted directly and indirectly in the interest of defendant Hopeton Care in relation to the employees during the relevant time period and is thus an employer of the employees within the meaning of Section 3(d) of the Act.

22.     Upon information and belief, defendant Rubani resided at 36 Twin Pond Lane, White Plains, New York 10607 prior to December 19, 2018, on or about which date she was incarcerated.

23.     Defendant Rubani is currently incarcerated at the Rose M. Singer Center on Rikers Island in East Elmhurst, New York.

24.     Upon information and belief, defendant YITZI DAVIDOWITZ ("Davidowitz") was the Administrator of defendant Hopeton Care at least during the relevant time period.

25.     Upon information and belief, defendant Davidowitz was in active control and management of defendant Hopeton Care during the relevant time period.

26.     Upon information and belief, defendant Davidowitz regulated the employment of all persons employed by him during the relevant time period.

27.     Upon information and belief, defendant Davidowitz had authority to hire employees at defendant Hopeton Care during the relevant time period.

28.     Upon information and belief, defendant Davidowitz did hire employees at defendant Hopeton Care during the relevant time period.

29.     Upon information and belief, defendant Davidowitz had the authority to fire employees at defendant Hopeton Care during the relevant time period.

30.     Upon information and belief, defendant Davidowitz did fire employees at defendant Hopeton Care during the relevant time period.

31.     Upon information and belief, defendant Davidowitz had the authority to supervise employees at defendant Hopeton Care during the relevant time period.

32.     Upon information and belief, defendant Davidowitz did supervise employees at defendant Hopeton Care during the relevant time period.

33.     Upon information and belief, defendant Davidowitz had the authority to control employees' hours of work at defendant Hopeton Care during the relevant time period.

34.     Upon information and belief, defendant Davidowitz did control employees' hours of work at defendant Hopeton Care during the relevant time period.

35.     Upon information and belief, defendant Davidowitz had the authority to determine employees' compensation at defendant Hopeton Care during the relevant time period.

36.     Upon information and belief, defendant Davidowitz did determine employees' compensation at defendant Hopeton Care during the relevant time period.

37.     Defendant Davidowitz maintained employee payroll records for defendant Hopeton Care during the relevant time period.

38.     Upon information and belief, defendant Davidowitz otherwise acted directly and indirectly in the interest of defendant Hopeton Care in relation to the employees during the relevant time period and is thus an employer of the employees within the meaning of Section 3(d) of the Act.

39.     Upon information and belief, defendant Davidowitz resides at 1594 East 21st Street, Brooklyn, New York 11210, within the jurisdiction of this Court.

**Defendants' Employees Have Affected Commerce**

40.     During the relevant time period and possible until December 2018, defendants have employed home health aides, personal care aides and nurses as employees, among others.

41.     Home health aides, personal care aides and nurses are domestic service employees as prescribed by 29 C.F.R. Part 552.

42.     Employment of persons in domestic service in households affects commerce.  Thus, defendants' domestic service employees are and were covered employees under Section 2(a) of the Act.

**Defendant Hopeton Care Has Been an Enterprise Engaged in Commerce**

43.     During the relevant time period and possibly until December 2018, defendant Hopeton Care has been engaged in operation of a home care agency.

44.     Defendant Hopeton Care has had an annual gross volume of sales made or business done in an amount not less than $500,000 for the period since November 13, 2015 covered by this Complaint.

45.     During the relevant time period and possibly until December 2018, defendant Hopeton Care has had domestic service employees handling and using goods or materials that have been moved in or produced for commerce, such as cleaning products, food, sterilization and/or other medical supplies.

46.     Therefore, the employees are and were employed in enterprises engaged in commerce or in the production of goods for commerce within the meaning of Section 3(s)(1)(A) of the Act.

**Tolling Agreement**

47.     On or about October 25, 2017, defendants and the Secretary knowingly and voluntarily entered into a Statute of Limitations Tolling Agreement ("tolling agreement").

48.     The tolling agreement tolled the applicable statute of limitations beginning on October 26, 2017 through the date the tolling agreement was terminated.

49.     The Secretary terminated the tolling agreement effective February 22, 2019.

50.     Accordingly, the statute of limitations shall be tolled from October 26, 2017 through February 21, 2019.

**Defendants' Unlawful Pay Practices**

51.     Defendants maintained the same or substantially the same unlawful pay practices during the relevant time period, and may have maintained them until December 2018.

52.     Defendants' domestic service employees worked 24-hour shifts and/or shifts of fewer 24 hours.

<u>Employees Who Worked 24-Hour Shifts in a Single Workweek</u>

53.     Defendants paid domestic service employees who worked 24-hour shifts a fixed daily rate between approximately $150.00 and $180.00 for the entire 24-hour shift.

54.     Defendants' domestic service employees who worked 24-hour shifts worked at least approximately 15 hours in each 24-hour shift.

55.     Moreover, these employees usually worked multiple 24-hour shifts in a single workweek, typically working three, four or five 24-hour shifts and sometimes working six or seven 24-hour shifts in a single workweek.

56.     Defendants did not pay any overtime premiums to domestic service employees for work performed in 24-hour shifts when these employees worked more than 40 hours in a single workweek.

57.     For example, in the workweek ending July 1, 2016, a domestic service employee worked four 24-hour shifts, and defendants paid the employee $150.00 for each shift, for total pay of $600.00 that week.

58.     The employee worked more than 40 hours and at least approximately 60 hours that week.

59.     However, defendants did not pay the employee any overtime premium for the hours worked in excess of 40 that week.

60.     The following week, workweek ending July 8, 2016, the same employee worked seven 24-hour shifts, and defendants paid the employee $150.00 for each shift, for total pay of $1050.00 that week.

61.     The employee worked more than 40 hours and at least approximately 105 hours that week.

62.     However, defendants did not pay the employee any overtime premium for the hours worked in excess of 40 that week.

63.     In another example, in the workweek ending July 7, 2017, a domestic service employee worked six 24-hour shifts, and defendants paid the employee $160.00 for each shift, for total pay of $960.00 that week.

64.     The employee worked more than 40 hours and at least approximately 90 hours that week.

65.     However, defendants did not pay the employee any overtime premium for the hours worked in excess of 40 that week.

66.     Accordingly, defendants routinely failed to pay domestic service employees who worked multiple 24-hour shifts in a single workweek any overtime premiums for hours worked in excess of 40.

<u>Employees Who Only Worked Shifts of Fewer Than 24 Hours in a Single Workweek</u>

67.     Defendants typically paid domestic service employees who *only* worked shifts of fewer than 24 hours in a single workweek ("hourly shift employees") between approximately $10.00 and $17.00 per hour, sometimes more.

68.     Hourly shift employees worked varying schedules; many worked between 40 and 96 hours per week, and some worked 96 hours or more per week.

69.     However, defendants did not pay any overtime premiums to some hourly shift employees who worked in excess of 40 hours per week.

70.     For example, in the workweek ending August 2, 2016, an hourly shift employee worked 60 hours, and defendants paid the employee $13.00 per hour, for total pay of $780.00 that week.  Defendants did not pay the employee any overtime premium for the 20 hours worked in excess of 40 hours that week.

71.     In another example, in the workweek ending September 8, 2017, an hourly shift employee worked 96 hours, and defendants paid the employee $21.00 per hour, for total pay of $2,016.00 that week.  Defendants did not pay the employee any overtime premium for the 56 hours worked in excess of 40 hours that week.

72.     When defendants did pay overtime premiums to hourly shift employees, they often paid improper overtime rates that were less than one-and-one-half times employees' regular hourly rates.

73.     For example, in the workweek ending February 17, 2017, an hourly shift employee worked 56 hours, and defendants paid the employee a regular hourly rate of $13.00 for 40 hours and an improper overtime hourly rate of $16.50 for 16 overtime hours, for total pay of $784.00 that week.  Defendants did not pay the employee an additional amount in overtime premiums for the 16 hours worked in excess of 40 hours that week.

74.     In another example, in the workweek ending November 25, 2016, an hourly shift employee worked 108 hours, and defendants paid the employee a regular hourly rate of $13.00 for 40 hours and an improper overtime hourly rate of $15.00 for 68 overtime hours, for total pay of $1,540.00 that week.  Defendants did not pay the employee an additional amount in overtime premiums for the 68 hours worked in excess of 40 hours that week.

75.     The following week, workweek ending December 2, 2016, the same hourly shift employee worked 96 hours, and defendants paid the employee a regular hourly rate of $13.00 for 40 hours and an improper overtime hourly rate of $15.00 for 56 overtime hours, for total pay of $1,360.00 that week.  Defendants did not pay the employee an additional amount in overtime premiums for the 56 hours worked in excess of 40 hours that week.

76.     Accordingly, defendants routinely failed to pay hourly shift employees at one-and-one-half times the employees' regular rates of pay when the hourly shift employees worked in excess of 40 hours per week.

Employees Who Worked 24-Hour Shifts and Shifts Fewer Than 24 Hours in a Single Workweek

77.     Defendants paid domestic service employees who worked both 24-hour shifts and shifts of fewer than 24 hours ("hourly shifts") in a single workweek both a fixed daily rate and an hourly rate, combining their unlawful pay practices described above and further failing to properly aggregate total hours worked to determine proper overtime rates and proper overtime compensation due.

78.     For example, in the workweek ending May 12, 2017, a domestic service employee worked two 24-hour shifts (at least approximately 15 hours of work per shift) and 48 hours in hourly shifts, for a total of at least approximately 78 hours of work that week.

79.     Defendants paid the employee a fixed daily rate of $175.00 for each of two 24-hour shifts of at least approximately 30 hours of work.  For work performed in hourly shifts, defendants also paid the employee a regular hourly rate of $11.00 for 40 hours of work, plus an overtime hourly rate of $16.50 for 8 hours of overtime work, for a total of $922.00 for at least approximately 78 hours of work.  However, defendants did not aggregate the total hours worked by the employee

in 24-hour and hourly shifts and did not determine or pay the correct overtime premium for all the hours worked in that week.

80.     In another example, in the workweek ending November 3, 2017, a domestic service employee worked two 24-hour shifts (at least approximately 15 hours of work per shift) and 27 hours in hourly shifts, for a total of at least approximately 57 hours of work that week.

81.     Defendants paid the employee a fixed daily rate of $160.00 for each of two 24-hour shifts of at least approximately 30 hours of work.  For work performed in hourly shifts, defendants also paid the employee a regular hourly rate of $13.00 for 27 hours of work, for a total of $671.00 for at least approximately 57 hours of work.  However, defendants did not pay the employee any overtime premiums and did not aggregate the total hours worked by the employee in 24-hour and hourly shifts to determine or pay the correct overtime premium for the overtime hours worked that week.

82.     Accordingly, defendants routinely failed to pay domestic service employees who worked both 24-hour shifts and hourly shifts in a single workweek proper overtime compensation when these employees worked in excess of 40 hours per week.

**Defendants' Unlawful Recordkeeping Practices**

83.     Defendants maintained the same or substantially the same unlawful recordkeeping practices during the relevant time period, and may be maintaining them through the present.

84.     Defendants did not maintain and preserve adequate and accurate records of their employees and of wages, hours and other conditions of employment as prescribed by 29 C.F.R. Part 516.

85.     Specifically, defendants did not maintain and preserve records of actual hours worked by all domestic service employees.

86.     For example, as set forth herein, defendants did not record the actual hours worked each day and each week by employees who worked 24-hour shifts.

87.     Additionally, defendants did not maintain and preserve records of all wages paid to domestic service employees for at least the period November 13, 2015 to approximately May 20, 2016.

## FIRST CAUSE OF ACTION
### Violation of Sections 7 and 15(a)(2) of the FLSA, Failure to Pay Overtime

88.     The Secretary incorporates by reference and re-alleges the allegations in Paragraphs 1 through 87 of the Complaint.

89.     Defendants have violated Sections 7 and 15(a)(2) of the Act by employing employees in domestic service and in an enterprise engaged in commerce or in the production of goods for commerce for workweeks longer than 40 hours without compensating the employees for their employment in excess of the prescribed hours at rates not less than one-and-one-half times the regular rates at which they were employed.

90.     Therefore, defendants are liable for unpaid overtime compensation owing to their employees under Section 7 of the Act and an additional equal amount as liquidated damages pursuant to Section 16(c) of the Act, or in the event that liquidated damages are not awarded, overtime compensation and prejudgment interest under Section 17 of the Act.

## SECOND CAUSE OF ACTION
### Violation of Sections 11(c) and 15(a)(5) of the FLSA, Failure to Keep Records

91.     The Secretary incorporates by reference and re-alleges the allegations in Paragraphs 1 through 87 of the Complaint.

92.     Defendants have violated the provisions of Sections 11(c) and 15(a)(5) of the Act, in that defendants have failed to make, keep, and preserve adequate and accurate records as prescribed by the regulations issued and found at 29 C.F.R. Part 516.

**WHEREFORE**, cause having been shown, plaintiff respectfully prays for judgment against defendants providing the following relief:

(1)     An injunction issued pursuant to Section 17 of the Act permanently restraining defendants, their officers, agents, servants, employees, and those persons in active concert or participation with defendants, from violating the provisions of Sections 7, 11(c), 15(a)(2) and 15(a)(5) of the Act;

(2)     An order pursuant to Section 16(c) of the Act finding defendants liable for unpaid overtime compensation found due employees listed on the attached Exhibit A;

(3)     An order pursuant to Section 16(c) of the Act finding defendants liable for an equal amount of liquidated damages (additional overtime compensation and liquidated damages may be owed to certain employees presently unknown to plaintiff for the relevant time period and through December 2018); or, in the event liquidated damages are not awarded, prejudgment interest computed at the underpayment rate established by the Secretary of Treasury pursuant to 26 U.S.C. § 6621;

(4)     An order compelling defendants to reimburse the Secretary for the costs of this action; and

(5)    An order granting such other relief as the Court may deem necessary or appropriate.

DATED:       February 22, 2019
             New York, NY

                                    KATE S. O'SCANNLAIN
                                    Solicitor of Labor

                                    JEFFREY S. ROGOFF
                                    Regional Solicitor

                                    FRANCES Y. MA
                                    Attorney
                                    U.S. Department of Labor
                                    Office of the Solicitor
                                    201 Varick Street, Room 983
                                    New York, NY 10014
                                    Tel.: 646.264.3694
                                    Fax: 646.264.3660
                                    Email: ma.frances.y@dol.gov

                                    *Attorneys for the Secretary of Labor,*
                                    *R. Alexander Acosta*

15

**EXHIBIT A**

| Last Name | First Name |
|---|---|
| Abdallah | Sharifa |
| Abdellatif | Sanaa F |
| Abdishukurova | Ozuda |
| Abdukadirov | Hasan |
| Abdul Sattar | Fnu |
| Abdumalikova | Shakhlo |
| Abedelgader | Hayam A |
| Abid | Amna |
| Abiola | Ademola |
| Abreu | Juliana |
| Acheampong | Derek O |
| Adewebi | Mary |
| Adolphe | Carline |
| Adonis | Jean |
| Afriyie | Agnes |
| Agyemang | Veronica |
| Ahmad | Tohida |
| Ahmed | Fowzia |
| Ahmed | Muinira I |
| Ahmed | Sagheer |
| Ahmed | Shamim |
| Ajili | Hajer |
| Ajugasia | Patricia |
| Akbarova | Dildora |
| Akhtar | Rafia |
| Akhtar | Sagheer |
| Akhter | Nasreen |
| Akramova | Muhiba |
| Akter | Farhana |
| Akter | Hasina |
| Akter | Nazmin |
| Akter | Shahin |
| Akther | Tahamina |
| Akther | Shahiba |
| Akther | Jesmin |
| Akther | Salma |
| Al Rifaee | Awatf M |
| Alabre | Marie |
| Alam | Mohammed J |

| | |
|---|---|
| Alam | Tahmina |
| Alata | Marilyn |
| Ali | Tanzina |
| Almamun | Mohammad |
| Almanzar Espinal | Angela |
| Altidor | Sheila |
| Alvarez | Katiuska |
| Alzafarani | Mohammed |
| Amin | Md |
| Amir | Farzana |
| Anaifie | Vida |
| Annachariyeva | Annajemal |
| Antoine | Babylaine |
| Argant | Sherly |
| Arko | Linda |
| Arriola Alvarez | Cherman |
| Arsal | Arslan |
| Arshad | Aiza |
| Ashantewaa | Veronica |
| Ashfaq | Fakhra |
| Ashurov | Kobil U |
| Ashurova | Yulduz |
| Aslam | Sunny |
| Astanova | Zukhra |
| Atagaraeva | Aisaada Z |
| Augustin | Fardin |
| Avila Ruiz | Paula |
| Axrorqulova | Ozoda |
| Azam | Sameera |
| Babaeva | Masuda |
| Babayan | Roman |
| Bagum | Razia |
| Bah | Safiatou |
| Bailey | Janet E |
| Bajwa | Ahmed |
| Baksh | Shikha |
| Bamfo-Akoto | Oforiwaa |
| Banik | Kalpona R |
| Baptiste Simms | Cindy Ann |
| Barreau | Nathalie |
| Barreto | Nube |
| Barrington | Martin |
| Barthelemy | Sonia |

| Batista | Yessenia |
|---|---|
| Beato De Munoz | Gladys |
| Beauzile | Carline |
| Begum | Noorjahan |
| Begum | Romana |
| Begum | Nilufa |
| Begum | Saleha |
| Begum | Salma |
| Begum | Sufia |
| Begum | Ruksana |
| Begum | Fatema |
| Begum | Aklima |
| Begum | Beauty |
| Begum | Mosammat |
| Begum | Hira |
| Begum | Josna |
| Begum | Julekha |
| Bell | Charisma Manisa |
| Benitez Penafiel | Lorena |
| Bergha | Sara |
| Bernardez Colon | Mirian Y |
| Bhutta | Aqsa |
| Bhutta | Ansa |
| Bhuwaneshwarie | Budhram |
| Bibi | Nighat |
| Bibi | Zakia |
| Bibi | Sadaf |
| Bibi | Rabia |
| Bibi | Iram |
| Bibi | Aqeedat |
| Bibi | Aneela |
| Biimurzaeva | Zhamiila |
| Boadi | Eric O |
| Boco | Joana A |
| Bonner | Sanita |
| Borga | Daphnee |
| Bouquet | Joseph |
| Brice | Marie Jocelyne |
| Brown Colson | Agatha |
| Bruno | Ferdinand |
| Bukhari | Noor |
| Butt | Muhammad |
| Cabral | Modeline |

| | |
|---|---|
| Cabrera De Encarnaci | Ana |
| Cabrera Jimenez | Marilyn J |
| Cacho Valerio | Wendy |
| Cadet | Anne N M |
| Cadeus | Shelley |
| Caesar | Cecilia |
| Calixte | Miriame |
| Callaghan | Ingrid |
| Cameron | Desrene |
| Carpio | Armando |
| Carter | Leeann |
| Castillo | Carlos |
| Castro | Olga |
| Cecilson | Dona |
| Cely Mareus | Clotilde |
| Cen | Huiling |
| Cespedes Tavarez | Carmen A |
| Chan | Lai Ling |
| Chan | Wei |
| Charles | Jean |
| Charles | Lisa |
| Chaudhary | Uzma |
| Chavez Susaya | Elizabeth |
| Cheang | Wann Hua |
| Checo Diaz | Lucia |
| Cheema | Ghazala |
| Chen | Weihong |
| Chen | Wei Cong |
| Chen | Xiu Juan |
| Chen | Wan Chang |
| Chen | Su Chan |
| Chen | Ruping |
| Chen | Xiu Lin |
| Chen | Xue Fang |
| Chen | Xuexing |
| Chen | Yan Ping |
| Chen | Yan Zhen |
| Chen | Su Zhen |
| Chen | Lei |
| Chen | Bi Yun |
| Chen | Feng Yu |
| Chen | Feng Zi |
| Chen | Gui Ying |

| | |
|---|---|
| Chen | Jun Zhi |
| Chen | Run Fang |
| Chen | Lizhen |
| Chen | Mei Juan |
| Chen | Mei Xi |
| Chen | Miao Jun |
| Chen | Mudan |
| Chi | Feng Jin |
| Chiang | Lisa |
| Choudhury | Dilara H |
| Chow | Chientong |
| Chowdhury | Syeda R |
| Chowdhury | Samina |
| Chowdhury | Rashida |
| Chowdhury | Nazia |
| Chowdhury | Mosammat |
| Chowdhury | Hussain |
| Chowdhury | Chamon |
| Chowdhury | Abdul |
| Chu | Lai Kuen |
| Cielo | Mildred |
| Cintron | Laquel K L |
| Civil | Marie Rosie |
| Clarke | Yonette |
| Claudio | Kaysina |
| Clement | Elsie |
| Collado | Yolanda |
| Collazo | Emma E |
| Colome Martinez | Rosita Milagro |
| Conde | Mariama |
| Conteh | Aminata |
| Contreras | Yanet |
| Coombs Jacobs | Neresa V I |
| Covington | Lisa |
| Crooks | Luisa |
| Cruz | Rosmery |
| Cruz | Julia |
| Cruz R | Salustiana |
| Curtis | Melisha |
| Dastagirzada | Baryalay |
| De Jesus Santos | Arislaidy |
| De Le Pena | Ana M |
| Debrosse | Andree |

| | |
|---|---|
| Dekhkonova | Mekhriniso |
| Delinois | Renette |
| Delva | Dorty |
| Dely Oceve | Dorcine |
| Deng | Karen Wu |
| Desir | Nadine |
| Desir | Kettly |
| Desravines | Beatrice |
| Diallo | Mariama |
| Diallo | Thierno |
| Diallo | Ramatoullaye |
| Diallo | Nene |
| Diallo | Kadiatou |
| Diallo | Macire |
| Diallo | Halimatou |
| Diallo | Aminatou |
| Diaz | Carmen N |
| Diaz De Garcia | Santa |
| Din | Saqib |
| Ditin | Flor M |
| Djanibekova | Guli |
| Dolmo | Noris |
| Dominguez | Nancy |
| Dominguez De Pena | Natividad Del Carm |
| Donzo | Fatumata |
| Downing | Latakema |
| Dulleh | Musa |
| Duran De Contreras | Diana |
| Dutta | Shyam |
| Edebiri | Queensley |
| Edwards | Geovaughnie |
| Egamkulova | Umida |
| Ejaz | Naeeza |
| Ejaz | Najmee |
| Ejaz | Arshia |
| Encarnacion Mercedes | Santa A |
| Encarnacion Soler | Rafaela M |
| Ergashova | Norchuchuk |
| Ernst | Fatoumata |
| Esoff | Scott B |
| Espinal Hernandez | Teofila |
| Estevez | Carmen |
| Estevez Diaz | Carmen |

| | |
|---|---|
| Eugenio | Rowena |
| Evans | Annemarie |
| Ezznati | Bouchtaouia |
| Fakhar | Nisa |
| Fang | Jian Wei |
| Fardous | Amna |
| Fasola | Olubowale E |
| Fatima | Iram |
| Fatma | Nooreen |
| Fayzieva | Rashida |
| Feliz De Medina | Anairis |
| Ferdaus | Aklima |
| Ferdous | Himel |
| Fernandez | Debra |
| Fernandez De Mercado | Fior |
| Florestal | Michel |
| Forbes | Lorraine |
| Fosu | Mathew |
| Francois | Garry |
| Francois | Marie |
| Fraser | Crystal |
| Frederick | Evens |
| Friday | Rory |
| Furquan | Tariq |
| Gabbidon | Trudann |
| Gabunia | Tamar |
| Gallimore | Shelly Ann |
| Gallumette St Preux | Marie |
| Ganieva | Khabiba |
| Garcia | Grace L |
| Garcia | Priscilla |
| Garib | Maria |
| Garraud Harris | Cleomene |
| Ghamgusar | Maryam |
| Ghosh | Rinu |
| Goddard | Malaysia |
| Gomez | Doly |
| Gonzalez | Gloria |
| Gonzalez | Maria E |
| Gordon | Kerry-Ann |
| Grant | Shakeria A |
| Grant | Roslyn |
| Green | Kemar |

| | |
|---|---|
| Guerrero | Valeria |
| Guirand | Jeannette |
| Guo | Xiu Rong |
| Guo | Karen |
| Guo | Aiqing |
| Hamouche | Hayet |
| Happy | Farzana |
| Harper | Sharon M |
| Harriott | Lorice |
| Harun | Sahida |
| Hasan | Mohammad |
| Hemmings | Deliah |
| Henry | Deshia Leshia |
| Herrera Deras | Erica |
| Hill | Carline L |
| Ho | Chihjong |
| Hong | Lien Thuy |
| Hoque | Lubna Jahan |
| Hossain | Mohammad |
| Hossain | Rasnu |
| Hu | Irene |
| Hu | Xiu Qing |
| Hua | Qing Fang |
| Huang | Shao Xian |
| Huang | Xiao Zhen |
| Huang | Sumei |
| Huang | Jin Ming |
| Huang | Huiyan |
| Humphrey | Joy |
| Husna | Asma |
| Hussain | Noyantara B |
| Hye | Mohammed |
| Idemudia | Suzan |
| Iqbal | Ansa |
| Ishfaq | Muhammad |
| Islam | Muzahedul |
| Isobaev | Usman |
| Jabeen | Tahira |
| Jackson | Dossie |
| Jahan | Nusrat |
| Jaquez | Ingrys |
| Jean | Gina |
| Jean | Lory E |

| | |
|---|---|
| Jean | Roseline |
| Jean Pierre | Marie Carmelle |
| Jean Raphael | Myrlande |
| Jean-Marie | Dominique |
| Joassaint | Nahomie |
| Johnson | Candice |
| Joseph | Roselande |
| Joseph | Odelene |
| Joseph | Melissa A |
| Joseph | Nadege |
| Joseph | Angela |
| Joseph Montrose | Islande |
| Judistry | Deonauth |
| Kadanbaeva | Aizhan |
| Kadirova | Kholida |
| Kalmykov | Olga |
| Kamara | Makula |
| Kanneh | Makonneh |
| Karimi | Samuel |
| Karimova | Sanobar |
| Kastrati | Ganimete |
| Kaur | Kamlesh |
| Kaur | Maninder |
| Kaur | Sukhwinder |
| Kazami | Syed A R |
| Keitt | Alina R |
| Khakberdieva | Nadyra |
| Khaliq | Shagufta K |
| Khan | Safla |
| Khan | Sarah |
| Khan | Nisha Nazia |
| Khan | Hafsa |
| Khanam | Lutfunahar |
| Khanom | Rupali |
| Khanom | Shah |
| Kholjigitova | Nafisa |
| Kodet | Berthe |
| Kodoe | Koffi |
| Kopbayeva | Dinara |
| Kossally | Sharon |
| Kouraichi | Seif |
| Kubanychbekova | Elmira |
| Kubra | Kudeejah |

| | |
|---|---|
| Kulsoom | Khaliq |
| Kuzmitskaya | Liudmila |
| Kwan | Amy H. |
| Kwan | Yat |
| Kyrbashova | Munara |
| Lafontant | Marie |
| Lahens | Marie |
| Lai | Lai Sheung |
| Laraque | Chella |
| Lawes Eugene | Pamela |
| Lawrence | Andrea |
| Lee | Mei Lei |
| Lee-Cammock | Shienelle T |
| Lefruy | Karen |
| Leon Garcia | Adenim |
| Lewis | Windy E |
| Li | Qin Gru |
| Li | Shu Kwan |
| Li | Xiao Xia |
| Li | Shao Hua |
| Li | Hui Ping |
| Li | Da Sen |
| Li | Cailian |
| Li | Cai P |
| Li | Miao Mei |
| Liang | Wen Ying |
| Liang | Xiu Hong |
| Liang | Xianneng |
| Liang | Bao Zhen |
| Liang | Hong Wen |
| Liang | Cui Mei |
| Liao | Jing Yan |
| Ligali | Basirat |
| Lin | Zhen Mei |
| Lin | Zengguan |
| Lin | Yue Ying |
| Lin | Yu Feng |
| Lin | Yan Ci |
| Lin | Xiu Rong |
| Lin | Hai |
| Lin | Bao Mei |
| Linarez Evangelista | Eduarda F |
| Lipi | Zahanara |

| | |
|---|---|
| Liu | Xiao Yan |
| Liu | Shun Ling |
| Liu | Xue Qin |
| Liu | Xue P |
| Liu | Jian Chiu |
| Liu | Hong |
| Liu | Feng Lan |
| Liza | Sharmin |
| Loaiza | Diana |
| Loayza Zarate | Teresa I |
| Louima | Marie |
| Louinis | Carilne M |
| Louis | Marie Ange |
| Louis | Marie J |
| Louis | Yvelouse |
| Louis Charles | Sinotte |
| Louison | Camille |
| Louissaint | Elsie |
| Lu | Shujuan |
| Lu | Xiao Feng |
| Lucien | Pierre |
| Lume | Melissa |
| Lyosa | Muhammad Usman |
| Mabasa | Merliza |
| Mahadeo | Kavita |
| Majid | Amna |
| Makhsudova | Mokhira |
| Malik | Uzma |
| Malik | Haroon |
| Malik | Anwara |
| Mamanova | Laylo |
| Mamytova | Gulai |
| Marin | Juana |
| Martin | Barrington |
| Martinez | Joshua M |
| Martinez | Eric |
| Martinez Burgos | Sor |
| Martinez De Villa | Estervina |
| Martinez Duran | Awilda |
| Martinez Leiva | Tricia |
| Masoud | Nagina |
| Masoud | Nabeel |
| Mcdonald Ashman | June H |

| | |
|---|---|
| Mcfarlande | Shaakira |
| Medina Martinez | Telma |
| Mehboob | Tazeem |
| Melendez | Haidy |
| Mendoza | Marigel |
| Mendoza De Rodriguez | Carlita |
| Mensah | Christiana |
| Metayer | Kettely |
| Mi | Shi Qin |
| Min | Zhuo |
| Miranda | Ruty L |
| Miranda Deras | Daniesa T |
| Mohammad | Kasam |
| Mohammad | Shamim |
| Mohammad | Zoya |
| Mohima | Jannatul |
| Moni | Sharika |
| Monroe | Kerri |
| Montague | Gilbert |
| Morales | Rueven A |
| Morium | Bibi |
| Mostafa | Salma |
| Mowla | Mosammat |
| Mubashar | Madiha |
| Mubashar | Shaiza |
| Muirhead | Pauline |
| Muna | Nafiza |
| Munir | Sajida |
| Murray | Iasia |
| Murray | Sandra |
| Musaeva | Elmira |
| Mwale | Tryness |
| Nabieva | Mavluda |
| Nahar | Shamsun |
| Nahar | Kamrun |
| Naheed | Naila |
| Napoles | Amelita M B |
| Narzikulova | Nazira |
| Nasimova | Zarrina |
| Nasyrkulov | Zhanybek |
| Naz | Ayesha |
| Naz | Falak |
| Ndulaka | Philomartins |

| | |
|---|---|
| Negron | Anamaria |
| Ni | Xiaohong |
| Nichols | Tiffany |
| Nichols | Equozia |
| Nicolas Joseph | Nancy |
| Noel Albert | Monique |
| Nunez | Ana |
| Nunez Diaz | Elizabeth |
| Odinaeva | Dilrabo |
| Oglesby | Theresa |
| Onabanjo | Anthony |
| Onwuakor | Elizabeth |
| Ordonez Medina | Terlin |
| Oriol Lume | Melissa |
| Orosz | Carlina R |
| Ortega | Yolanda |
| Ortiz | Claribel N |
| Ortiz | Lucila |
| Ortiz Caraballo | Marisol |
| Osores | Mercedes |
| Otamurodova | Nargiza |
| Oulare | Toromba |
| Owusu | Bismark |
| Paez | Bernalda |
| Pagan | Maria |
| Paillant | Dyesika |
| Pan | Zhen Li |
| Pan | Xiao Yan |
| Parks | Virginia |
| Parra De Rivera | Reina A |
| Parvez | Reshma |
| Paula | Ernestina Mateo |
| Perez | Maria |
| Perez | Liset |
| Perez Cuevas | Venecias |
| Persaud | Rookmin |
| Pervaiz | Zeeshan |
| Perveen | Zahida |
| Petit | Stephanie |
| Phillips | Denise |
| Philogene | Sharline |
| Philot | Angelina |
| Philot | Sophonie |

| | |
|---|---|
| Pichardo De Gomez | Yaquelin |
| Pierre | Herold |
| Pierre | Eveline |
| Piervil | Angelie |
| Pinchuk | Viktoriya |
| Polanco | Flor |
| Pollard Leitch | Lavern |
| Porter | Gladys |
| Puca | Deyanira |
| Qadeer | Attiqa |
| Qamar | Zahida |
| Radjabova | Sayyora |
| Rafee | Muhammad |
| Rahimova | Gulruh |
| Raja | Samina |
| Rakhmatova | Dilnoza |
| Ramhit | Indradai |
| Ramjattan | Robert C |
| Ramos | Cristina |
| Rashid | Mirza |
| Ravshanov | Golib |
| Razakov | Rahim |
| Razakova | Ofiyat |
| Reyes | Honoria |
| Riche | Micheline |
| Ricketts | Dione |
| Rina | Lovely |
| Rivas | Rosa |
| Rivas Pena | Ana |
| Rodriguez | Angel M |
| Rodriguez | Roseanna |
| Rogers | Tasha L |
| Romelus | Edelyne |
| Romero | Juana |
| Romero De Francisco | Maria |
| Rowe | Stacy |
| Ruan | Limin |
| Ruan | Mei Qing |
| Ruiz | Martina |
| Rukhsar | Bushra |
| Russell | Yusef |
| Rustamov | Ilhom |
| Sadabeva | Dinargul |

| | |
|---|---|
| Saint Paul | Rose Marthe |
| Saint Pierre | Viviane |
| Saintine | Daphne |
| Salam | Shama |
| Salas | Iris |
| Saliev | Rustam |
| Salman | Muhammad |
| Samson | Nerlose |
| Samuels | Veronica A |
| Sandoval | Ana |
| Sandy | Denise |
| Sandy | Dora M |
| Santacruz | Martha |
| Santana | Lourdes |
| Santana Diaz | Yalmy |
| Sarker | Amina K |
| Sarkodie | Janet |
| Sarmin | Sahela |
| Sarwar | Ghulam |
| Seales | Rosemarie M |
| Seck | Lamine |
| Seeram | Meenwatie |
| Seetaram | Mala |
| Severe | Naphtalie |
| Shabbir | Lubna |
| Shah | Bukhari |
| Shaheryar | Anam |
| Shahid | Maryam |
| Shahzadi | Nilam |
| Sharipova | Bibisora |
| Sharshenaliev | Sheishenbek |
| Shate | Amena |
| Sheri | Irma |
| Shi | Jian Qin |
| Shi | Yanfang |
| Shiranova | Rokhila |
| Shirley | Nofretari |
| Shum | Hungwan |
| Sidorenko | Igor |
| Simon | Anne |
| Skaf | Nancy |
| Sohail | Shabana |
| Song | Xiao Ran |

| | |
|---|---|
| Song | Guoqiang |
| Sosa | Francisca |
| Sovon | Tamim R |
| Sparrow | Jenny |
| Stan | Ljubinka |
| Stelmashchuk | Mariia |
| Su | Mei Lan |
| Su | Bao Juan |
| Suazo | Roxana |
| Subhan | Shakira |
| Subran | Shiniqua K |
| Sultana | Razia |
| Sultana | Syeda |
| Sultana | Jakia |
| Summers | Sharina |
| Swaby | Mercilda |
| Syed | Morshed |
| Symister | Diandra S |
| Talleyrand Calixte | Miriame |
| Tan | Yuting |
| Tan | Yi Qin |
| Tang | Zili |
| Tanveer | Tallat |
| Tarar | Misbah |
| Tashbekova | Mukhlisa |
| Tavarez De Santana | Socorro |
| Tawiah | Joseph |
| Terekh | Andrew |
| Tetteh | Mary |
| Thapar | Neeru |
| Thelisma | Rochener |
| Thelisma | Verena |
| Theobald | Carla |
| Theresa | Alexander |
| Thomas | Anita |
| Thomas | Telecia |
| Thompson | Ryan |
| Tomyuk | Ihor |
| Traore | Bintou |
| Trowers | Ione |
| Tucker | Susan |
| Tugilova | Nasiba |
| Tunis | Minerva |

| | |
|---|---|
| Uchegbu | Chidiebere |
| Ulfat | Nagina |
| Uralova | Odina |
| Urunova | Riskiya |
| Usanova | Fotima |
| Vachon | Catherine |
| Valerio | Brendaly J |
| Valerio De Melendez | Elizabeth |
| Vega | Silvia |
| Vialva | Ann |
| Vicente Pena | Maria E |
| Villefranche | Marie |
| Vincent | Gary |
| Vivien | Danielle |
| Vohidova | Zibniso |
| Wackmann | Fratz |
| Wang | Ju |
| Wang | Winnie |
| Wang | Gui Ying |
| Wanjorah | Jenelicah |
| Wen | Xue Ping |
| White | Carmen |
| White | Elaine R |
| Williams | Geneva |
| Wills | Merlene |
| Willy | Wynie |
| Winston | Tilena |
| Wise | Barbara |
| Wong | Nancy So Sheung |
| Wong | Pat Wa |
| Woodruff | Bebe |
| Wright | Marrionette |
| Wu | Yu Yun |
| Wu | Su Mian |
| Wu | Si Ying |
| Wu | Ruo Bing |
| Wu | Shuping |
| Wu | Miaohong |
| Wu | Hui Juan |
| Wu | Bao Qin |
| Wu | Miaoru |
| Xia | Su Su |
| Xian | Shao Qing |

| | |
|---|---|
| Xu | Qiu |
| Xu | Xiao Mei |
| Xu | Bi Da |
| Xu | Cailin |
| Xue | Anna |
| Xue | Jun |
| Yang | Qi Feng |
| Yang | Cui Ping |
| Yang | Fei Xue |
| Yasmin | Shabana |
| Ye | Miao Yu |
| Ye | Miaoyi |
| Ye | Wei Zhong |
| Yin | Hong Yue |
| Yokubova | Komila |
| Yu | Meie |
| Yu | Xiao Huan |
| Yu | Xinya |
| Yuan | Shao Hong |
| Yuan | Aiping |
| Yuan | Lixiang |
| Yusupova | Makhliyo |
| Zabala | Stephanie |
| Zapata | Gladys |
| Zarna | Masuda P |
| Zeidyyeh | Amani |
| Zeng | Wan Ming |
| Zephir | Yolette |
| Zevelev | Yulia |
| Zeveleva | Liya |
| Zhang | Sally Sui Sheng |
| Zhang | Jin Rui |
| Zhang Shi | Ningru |
| Zhao | Hui Jing |
| Zhen | Hui Sha |
| Zhen | Yu Xia |
| Zheng | Yun Xian |
| Zheng | Mei Yan |
| Zhu | Mei E |
| Zhu | Xue Jiao |
| Ziyaeva | Ilmiya |
| Zohra | Syeda |
| Zoirova | Shakhribon |