UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor,

                Plaintiff,

-against-

DEPENDABLE CARE LLC d/b/a HOPETON CARE, FARRAH RUBANI, Individually and YITZI DAVIDOWITZ, Individually,

                Defendants.

Case No. 1:19-cv-01081

---

## RULE 502(d) ORDER

1.      The production of privileged or work-product protected documents, electronically stored information or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2.      Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

**SO ORDERED:**

Dated: Brooklyn, New York
       _____, 2020

       _____
       **HON. STEVEN L. TISCIONE**
       United States Magistrate Judge

4820-1195-6404, v. 1